[No. 23434–0–I.   Division One.   February 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ERVIN O'DELL HOPSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–04060–5, Frank L. Sullivan, J., entered June 13, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 23277–1–I.   Division One.   February 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY D. EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03148–3, Richard M. Ishikawa, J., entered October 24, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 21718–6–I.   Division One.   February 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREA ELLEN FLAMMING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–04551–1, Jerome M. Johnson, J., entered January 13, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22977–0–I.   Division One.   February 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD C. FOX, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00223–6, John F. Wilson, J., entered September 15, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Scholfield, J.